# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
September 16, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AC_____
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Rafael MEJIA-Quintanilla<br>A XXX XXX 562<br>*Defendant(s)* | Case No. **SA:24-MJ-1302** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 15, 2024 in the county of Frio in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324(a)(1)(A) | Transporting or moving an illegal alien within the United States.<br><br>Maximum Penalties: 10 years confinement, $250,000 fine, or both; 3 years supervised release; $100 mandatory special assessment |

This criminal complaint is based on these facts:

See attached affidavit

☒ Continued on the attached sheet.

ANDRES AVILA JR
Digitally signed by ANDRES AVILA JR
Date: 2024.09.16 07:47:32 -05'00'

*Complainant's signature*

Andres Avila Jr. Border Patrol Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: September 16, 2024

City and state: San Antonio, Texas

Hon. Henry J. Bemporad Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AGAINST RAFAEL MEJIA-QUINTANILLA

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

1. My name is Andres Avila Jr. I am a Border Patrol Agent with the United States Department of Homeland Security, Customs and Border Protection. I have been employed with the Border Patrol since July 2009. I am currently stationed within the Cotulla Sector. I am authorized by the United States Attorney General or his successor, the Secretary of Homeland Security, to enforce the immigration laws and regulations of the United States or any other law or regulation designated by the Attorney General and/or his successor, the Secretary of Homeland Security.

2. On September 16, 2024, Border Patrol Agent Joe Hill was performing roving patrol duties on Interstate Highway 35 (IH-35) near Pearsall, Texas (Frio County), within the Western District of Texas. At approximately 05:15 in the afternoon Agent Hill observed a blue in color lifted Chevrolet pickup truck traveling northbound at the 122-mile marker. began to follow the vehicle and observed the operator of the vehicle driving erratically. Agent Hill also observed multiple subjects shifting around within the cab of the pickup truck. A registration check was ran on the vehicle bearing Texas license plate TWX5349, which came back registered to Rafael Mejia Quintanilla and Ana Lizeth Hernandez - Montoya out of 7930 Locksley Rd Houston, TX.

3. It is known to Border Patrol Agents in the Cotulla Station, that it is common for smugglers to utilize vehicles registered out of Houston, Texas in this area of IH-35 to smuggle undocumented aliens from the United States/Mexico border to the interior of the United States. The undocumented aliens enter smuggling vehicles upon circumventing immigration checkpoints on IH-35 as it is a major corridor into the United States.

4. After witnessing the above-described event, Agent Hill attempted to execute a vehicle stop to perform an immigration inspection on the occupants. Upon activating his emergency equipment, the driver of the vehicle proceeded to exit IH-35 onto the east access road near the 123-mile marker. After doing so, the vehicle went off the road, came to an abrupt stop and five subjects, including the driver, absconded from the vehicle. After a brief search of the immediate area all five subjects were apprehended. All subjects were placed under arrest and transported to the Cotulla Border Patrol Station for further processing.

5. Upon arrival at the station the driver of the vehicle was identified as Rafael **MEJIA**-Quintanilla, a citizen of Honduras. **MEJIA's** fingerprints were taken and submitted through immigration databases that confirmed his identity. **MEJIA** was again advised of his rights as per Service Form I-214 (Notice as to Rights/Aviso De Derechos-Spanish Translated Form). **MEJIA** acknowledged and stated that he understood his rights. During an interview **MEJIA** admitted that he was contacted by one of the subjects in the group in regard to picking them up but refused to name which one. **MEJIA** went on to say that the subjects offered to pay for his gas in order to take them to Houston, Texas. This statement was followed by **MEJIA** admitting that he knew the subjects were illegal aliens. **MEJIA** also acknowledged that he is a citizen of Honduras. **MEJIA** was advised about his right to consular notification, and he stated that he understood his rights but declined to call the Honduran Consulate. Based upon the information set forth above, there is probable cause to believe that **MEJIA** has violated of 8 U.S.C. § 1324(a)(1)(A).

_____
Andres Avila Jr.
Border Patrol Agent
United States Border Patrol

Digitally signed by ANDRES AVILA JR
Date: 2024.09.16 09:57:45 -05'00'

Subscribed and sworn before me the 16th of September 2024.

_____
HONARARY HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS