FILED
October 2, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      RR
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**Case No: SA:24-CR-00494-XR**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>RAFAEL MEJIA-QUINTANILLA<br><br>Defendant | **INDICTMENT**<br><br>COUNT 1:  8 U.S.C. § 1324(a)(1)(A)(ii)/(B)(ii)<br>**Transportation of Illegal Aliens** |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[8 U.S.C. § 1324(a)(1)(A)(ii)/(B)(ii)]

On or about September 15, 2024, in the Western District of Texas, Defendant,

**RAFAEL MEJIA-QUINTANILLA,**

did, knowingly and in reckless disregard of the fact that certain aliens have come to, entered and remained in the United States in violation of law, willfully and unlawfully transport and move, and attempted to transport and move, by means of transportation or otherwise, in furtherance of such violation of law, certain aliens within the United States, in violation of Title 8, United States Code,

Section 1324(a)(1)(A)(ii)/(B)(ii).

A TRUE BILL

███████████████████████

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: ___*[signature]*___
 FOR AMY MARIE HAIL
Assistant United States Attorney

2